# EXHIBIT 3

## Signature Requirements for a Statewide Referendum

A referendum petition must obtain at least **115,869** signatures from registered voters in Utah. Additionally, the referendum must meet the signature thresholds listed below in at least 15 out of 29 counties:

| County | Required # of Signatures |
| --- | --- |
| Beaver | 244 |
| Box Elder | 2,083 |
| Cache | 4,560 |
| Carbon | 796 |
| Daggett | 47 |
| Davis | 13,589 |
| Duchesne | 693 |
| Emery | 421 |
| Garfield | 219 |
| Grand | 419 |
| Iron | 1,755 |
| Juab | 477 |
| Kane | 323 |
| Millard | 470 |
| Morgan | 512 |
| Piute | 74 |
| Rich | 108 |
| Salt Lake | 43,211 |
| San Juan | 583 |
| Sanpete | 951 |
| Sevier | 797 |
| Summit | 2,063 |
| Tooele | 2,538 |
| Uintah | 1,156 |
| Utah | 21,608 |
| Wasatch | 1,275 |
| Washington | 6,359 |
| Wayne | 132 |
| Weber | 8,404 |